UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

QUINTON DONEL POOLE     CIVIL ACTION NO. 3:16-CV-1029

VS.     SECTION P

    JUDGE ELIZABETH E. FOOTE

LINCOLN PARISH DETENTION     MAGISTRATE JUDGE KAREN L. HAYES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings[1] are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim upon which relief may be granted.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 25th day of August, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE

---

[1] The Report and Recommendation of the Magistrate Judge states that "[Plaintiff] complains he was not given his medication for a nine (9) day period after being transferred from another facility." Record Document 9, p. 1. This Court reads Plaintiff's complaint to say that he did not receive his medication from June 3, 2016, until June 14, 2016. This is approximately eleven days. The Court makes this notation for clarification of the findings only; it does not affect the validity of the reasoning or the Court's ultimate conclusion.